1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  MIKE CLARK-ALONSO,  Case No. 19-cv-06113-SI
8      Plaintiff,
   **ORDER GRANTING STIPULATON TO STAY CASE PENDING COMPLETION OF MEDIATON AND DENYING DEFENDANT'S MOTION FOR LEAVE TO APPEAL AS MOOT**
9      v.
10 SOUTHWEST AIRLINES CO.,
11     Defendant.  Re: Dkt. Nos. 24, 31

The Court, having read and considered the parties' Stipulation to Stay Case Pending Completion of Mediation, and finding good cause therefor, hereby GRANTS the stipulation and ORDERS that this case is STAYED pending completion of the mediation scheduled for July 31, 2020. The Court VACATES all deadlines related to the motion for reconsideration set forth in Docket No. 30 and DENIES AS MOOT defendant's motion for leave to file an appeal. Defendant may renew the motion to appeal if appropriate after the procedural status of this case is settled.

The parties shall file a status report with the Court within five days of completing the mediation.

**IT IS SO ORDERED**.

Dated: April 6, 2020

                              SUSAN ILLSTON
                              United States District Judge